UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al.
   Plaintiffs

        v.                        Civil No. 97-2140(SEC)

HON. FRANCISCO JAVIER RIVERA-TORO, et al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 52**<br>"Motion Requesting Leave to Withdraw from Representation of Plaintiff Marta I. Toro Olivencia" | **Granted**. Plaintiff Toro Olivencia is hereby granted **thirty (30) days** from the entry date of this order to retain new counsel and file a notice of appearance with the Court. |

DATE: December 20, 1999

                                        SALVADOR E. CASELLAS
                                        United States District Judge