IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 10, 2000

ALIDA ARIZMENDI-CORALES, et al *
                                  *
   Plaintiffs              *
                                  *
vs.                             *    CIVIL NO. 97-2140 (SEC)
                                  *
FRANCISCO RIVERA-TORO, et al *
                                  *
   Defendants             *
                                  *
*******************************

By Order of the Court, **a Pretrial/Settlement Conference** is hereby set for **May 25, 2000 at 2:00 p.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

*[signature]*

Kim Flores
Courtroom Deputy Clerk

s/c   Charles Hey-Maestre
      Ricardo Torres-Muñoz
      Grisselle González-Negrón
      Pedro J. Durand