IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 22, 2000

ALIDA ARIZMENDI-CORALES, et al*
　　　　　　　　　　　　　　　　*
　　　Plaintiffs　　　　　　　　*
　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　*　　CIVIL NO. 97-2140 (SEC)
　　　　　　　　　　　　　　　　*
FRANCISCO RIVERA-TORO, et al　*
　　　　　　　　　　　　　　　　*
　　　Defendants　　　　　　　　*
　　　　　　　　　　　　　　　　*
********************************

By Order of the Court, **Pretrial/Settlement Conference** set for **May 25, 2000 is hereby reset for June 1, 2000 at 2:00 p.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk