IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: June 1, 2000

ALIDA ARIZMENDI-CORALES, et al*
                             *
    Plaintiffs             *
                             *
vs.                            *     CIVIL NO. 97-2140 (SEC)
                             *
FRANCISCO RIVERA-TORO, et al *
                             *
    Defendants          *
                             *
*******************************

    Upon counsel Ricardo Torres Muñoz' request and by Order of the Court, **Pretrial/Settlement Conference** set for **for June 1, 2000 at 2:00 p.m. is continued sine die**.

    This proceeding will be held before Honorable Salvador E. Casellas.

                                        Kim Flores
                                        Courtroom Deputy Clerk

Counsel notified by phone yesterday