IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALIDA ARIZMENDI CORALES, et al. | * |
| Plaintiffs | * Civil No. 97-2140(SEC) |
| v. | * |
| HON. FRANCISCO JAVIER RIVERA-TORO and MUNICIPALITY OF HORMIGUEROS | * |
| Defendants | * |

## ORDER

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)