# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2140 (JAG)

RIVERA-TORO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 07/05/2000<br>**Title:** Motion for Setting a Pre-Trial Conference and a Trial<br>**Dockets:** 60<br><br>[x] Plffs   [ ] Defts   [ ] Other | This matter is scheduled for a Status Conference on October 26, 2000 at 11:00 a.m. |

**Date:** 9/15/00

JAY A. GARCIA-GREGORY
U.S. District Judge

