UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:SEPTEMBER 29,2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO.CIVIL 97-2140 (JAG)**
===============================================================

ALIDA ARIZMENDI CORALES                 Attorneys:
                                        For Plaintiffs:


        VS
                                        For Defendant:

HON. FRANCISCO JAVIER
RIVERA TORO


===============================================================

    By Order of the Court a settlement conference in the above-

mentioned case is hereby set for **MONDAY, OCTOBER 16, 2000 AT**

**3:00 PM before Judge Garcia Gregory.**

        Parties to be notified.



                                   _____
                                        LILY ALICEA
                                     COURTROOM DEPUTY