UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:OCTOBER 16, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**         CASE NO.CIVIL 97-2140(JAG)

================================================================

| | |
|---|---|
| ALIDA ARIZMENDI CORALES | Attorneys:<br>For Plaintiffs:ADALINA DE JESUS & CHARLES HEY MAESTRE |
| VS | |
| FRANCISCO RIVERA-TORO | For Defendant:<br>GRISELLE GONZALEZ NEGRON<br>RICARDO TORRES MUNOZ |

================================================================

The Court vacates the setting of October 26, 2000. Theory of the parties heard. There is one plaintiff who does not have legal representation. Plaintiff indicates that they made a settlement demand which has not been answered by the plaintiffs. Plaintiff has pending the taking of the depositions of Susan Chiesa and Luz Guerra which the parties agreed to take them on December 5 and 6, 2000

If dispositive motions are to be filed they should they should be filed by January 15, 2001 and thirty days thereafter to answer them. **Pretrial is set for March 8, 2001 at 10:00 AM and the jury trial for March 15, 2001 at 9:30 AM.**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

S/c to Jury Clerk

