IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al

    Plaintiff                         CIV. NO. 97-2140 (JAG)

    v.

HON. FRANCISCO JAVIER
RIVERA TORO

    Defendant

## ORDER

On December 20, 1999, the Court entered an order granting plaintiff Toro Olivencia 30 days to retain new counsel and file a notice of appearance with the Court. More than 10 months have elapsed since the date of that order, and plaintiff has not complied with the order of the Court. Accordingly, plaintiff Toro Olivencia is ordered to show cause by **November 20, 2000** why the Court should not dismiss this matter for failure to comply with the Court's directives.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of October, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge