# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.　　　　　　　　　　　CIVIL NUMBER: 97-2140 (JAG)

RIVERA-TORO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 12/05/2000<br>**Title:** Motion Notifying Cancellation of Depositions and Requesting an Extension of Time to File Dispositive Motions<br>**Dockets:** 67<br>[ ] Plffs　[x] Defts　[ ] Other | GRANTED. |

**Date:** December 15, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

