IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al

    Plaintiff                                    CIV. NO. 97-2140 (JAG)

        v.

HON. FRANCISCO JAVIER
RIVERA TORO

    Defendant

**ORDER**

The pretrial conference scheduled for March 8, 2001 will take place at **4:30 p.m.** instead of 10:00 a.m., as previously notified.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of January, 2001.

                                                  JAY A. GARCIA-GREGORY
                                                  U.S. District Judge

