IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al

    Plaintiff(s)

    v.                                   CIVIL NO. 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA-TORO and MUNICIPALITY OF HORMIGUEROS

    Defendant(s)

## ORDER

The Court has examined plaintiffs' Urgent Motion Reiterating Request for Appropriate Sanctions and Other Remedies (Docket No. 71) and believes that sanctions should not be imposed at this time.

On Friday, February 16, 2001, the Court communicated by phone with counsel of record for the parties, Charles J. Hey-Mestre, Ricardo L. Torres-Muñoz and Salvador Antonetti-Stutts, who now heads the Federal Litigation Division of the Puerto Rico Department of Justice. Attorney Torres-Muñoz informed the court that he now works for the Puerto Rico Health Department and would be withdrawing his legal representation of co-defendant Municipality of Hormigueros. Nonetheless, he has spoken to successor counsel, who will continue to represent the Municipality. He promised to cooperate and coordinate with Attorney Hey-Mestre the taking of the deposition of Ms. Chiesa and Ms. Guerra prior to the Pre Trial and Settlement Conference, which is scheduled for March 8, 2001.

Civil No. 97-2140
Page 2

Attorney Antonetti-Stutts from the Justice Department also promised to cooperate in the completion of discovery, settlement conversations and preparation for trial.

Attorney Hey-Mestre will be updating and forwarding a settlement demand to Attorney Antonetti-Stutts and successor counsel for defendant Municipality during the week of February 19. Attorney Antonetti-Stutts will evaluate the demand and discuss it with his principal, and inform Attorney Hey-Mestre and new counsel for the Municipality. The Court shall be kept informed about the progress of settlement conversations. If no settlement has been reached by March 8, 2001, counsel for all parties shall come prepared to discuss settlement with their principals available in person or by telephone, during the March 8 Pre Trial Settlement and Conference.

The case shall be reset for trial to commence on Wednesday, April 4, 2001 at 9:30 a.m. Trial shall last no more than one week. Jury instructions shall be delivered to the Court no later than March 22, 2001, and exhibits shall be marked not later than March 29, 2001.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of February, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge