UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**   DATE: MARCH 8, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**   CASE NO. Cv. 97-2140 (JAG)

===============================================================

| ALIDA ARIZMEBDU ET AL | Attorneys: CHARLES HEY MAESTRE AND ADALINA DE JESUS |
|---|---|
| V | |
| FRANCISCO RIVERA TORO ET ALS | SALVADOR ANTONETTI<br>FRANCSICO OJEDA DIES<br>LETICIA RAMIREZ RANGEL<br>LUIS PABON<br>CLARISA SOLA<br>GRISELLE GONZALEZ NEGRON<br>RICARDO TORRES |

Case called for settlement conference. Plaintiffs inform that they have submitted a new settlement demand.

Jury trial set for April 4, 2001 is hereby vacated and set aside.

Parties submitted a timetable which the Court approved: April 2 for defendant's uncontested facts; April 24 parties are to meet at the office of attorney Pabon to finalize the uncontested facts; May 7 the deadline for the filing of the motion for summary judgment; June 11 for plaintiff's reply to the summary judgment; July 1 for reply and July 20 for the sur reply. Parties will have a settlement conference on May 15 and a second settlement conference will be held on June 15.

Pretrial and settlement conference is scheduled for July 24, 2001 at 3:30 PM and the jury trial is set for August 6, 2001 at 9:30 AM.

**Parties to be notified.**

s/c Jury Clerk   Lily Alicea-Courtroom Deputy

