## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/05/01<br>**Title:** Joint Informative Motion<br>**Dockets:** 82<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | NOTED. The parties are reminded that the Court expects settlement efforts to continue prior to trial. |

**Date:** June 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to (6)
attys/pts
in ICMS