UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: JULY 18, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-2140 (JAG)

================================================================

ALIDA ARIZMENDI ET ALS              Attorneys:

      VS

FRANCISCO RIVERA

---

**By Order of the Court the pretrial/settlement conference in the above-mentioned case set for July 24, 2001 is hereby reset for TUESDAY, JULY 31, 2001 AT 3:30 PM.**

Parties to be notified.

                                                *Lily Alicea*
                                        Lily Alicea-Courtroom Deputy

