## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/13/01<br>**Title:** Motion Requesting Extension of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment<br>**Dockets**: 89<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | The Court **grants** leave to reply and the requested extension to file the reply. |

Date: July 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

