UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                                   DATE: JULY 31, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. 97-2140 (JAG)**
================================================================

| ALLIDA ARIZMENDI | Attorneys: ADALINA DE JESUS |
| --- | --- |
| | CHARLES HEY MAESTRE |
| VS | |
| FRANCISCO RIVERA TORO | LUIS PABON ROQUE |
| | CLARISSA SOLA |
| | GRISELLE GONZALEZ |
| | FRANCISCO OJEDA |

    Case called for further settlement conference. Parties meets with the Court for several hours trying to reach an agreement. Court was appraised as to each plaintiff's damages etc. and the defendant's answered as to their position. At this time the Court was not able to help with a settlement. Parties were urged to meet with their respective clients and see if amounts could be lowered.

    Court vacates and sets aside the jury trial set for August 6, 2001. A pretrial is set for September 14, 2001 at 4:00 PM and the **JURY TRIAL IS RESCHEDULED FOR OCTOBER 16, 2001 AT 9:30 AM.**

    Parties to be notified.

                                                      _/s/ Lily Alicea_
                                                    Lily Alicea-Courtroom Deputy

S/C TO JURY CLERK