# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/01/01<br>**Title:** Motion Requesting Leave of Court to File Exhibit 13 of Defendant's Reply to Plaintiffs' Memorandum in Opposition to Motion for Summary Judgment<br>**Dockets:** 98<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** Exhibit 13 shall become part of the reply. |

Date: August 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

