IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al

**Plaintiff(s)**

v.                                                CIVIL NO.   97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA-TORO and MUNICIPALITY OF HORMIGUEROS

**Defendant(s)**

---

**PARTIAL JUDGMENT**

On October 24, 2000, the Court ordered plaintiff Marta Toro-Olivencia to show cause by November 20, 2000 why the Court should not dismiss her cause of action for failure to comply with a prior Court Order of December 20, 1999 granting said co-plaintiff thirty (30) days to retain new counsel and file a notice of appearance with this Court.

Plaintiff has failed to respond to the Court's Orders thereby signifying her lack of interest in prosecuting her case.

This Court, therefore, enters partial judgment dismissing the claims of plaintiff Marta Toro-Olivencia for lack of prosecution under Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge