# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

    **Plaintiff(s)**

        **v.**

HON. FRANCISCO JAVIER RIVERA,
et al

    **Defendant(s)**

**CIVIL NO.** 97-2140 (JAG)

---

## ORDER

The Pre-Trial and Settlement Conference scheduled for today at 4:00 p.m. is hereby postponed until **Friday, September 21, 2001 at 4:00 p.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of September, 2001.

JAY A. GARCIA-GREGORY
United States District Judge