UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**           DATE: OCTOBER 5, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           CASE NO. 97-2140 (JAG)
=================================================================

| ALLIDA ARIZMENDI | Attorneys: ADALINA DE JESUS |
|---|---|
|  | CHARLES HEY MAESTRE |
| VS |  |
| FRANCISCO RIVERA TORO | LUIS PABON ROQUE |
|  | CLARISSA SOLA |
|  | GRISELLE GONZALEZ |
|  | FRANCISCO OJEDA |

Case called for pretrial conference. Court indicates to the parties that the Opinion and Order on the motion for summary judgment will be issued shortly. The due process claims are out and the first amendment claims stay.

Parties indicate to the Court that they need to know who will remain in the case so that they can work on the evidence to be presented at trial and to amend the proposed pretrial order.

Court orders parties to have the proposed jury instructions by October 11, 2001. A final pretrial conference is set for, Thursday, October 11, 2001 at 4:00 PM. The jury trial is reset from October 16, 2001 to OCTOBER 22, 2001 AT 9:30 AM

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

S/C Jury Clerk

