UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: OCTOBER 12, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**         CASE NO. 97-2140 (JAG)
================================================================

ALLIDA ARIZMENDI                    Attorneys: ADALINA DE JESUS
                                    CHARLES HEY MAESTRE
        VS

FRANCISCO RIVERA TORO               LUIS PABON ROQUE
                                    CLARISSA SOLA
                                    GRISELLE GONZALEZ

Case called for pretrial conference. Attorney for plaintiff indicates that he has requested the personnel files of 14 municipal employees of the Municipality of Hormigueros that they would like to use for the trial. They have not been provided by defendant because of the confidentiality issue. The Court enters an order that the Head of Personnel at the Municipality of Hormigueros is to provide plaintiff's counsel the records of the individuals listed on page 81 paragraph 4 of the proposed pretrial report. Plaintiff's counsel shall take appropriate measures to safeguard the confidentiality of the personnel files.

As to the following witnesses: Attorney Enrique Rodriguez the Court allows the taking of the deposition, as to Hector Gonzalez and William Rivera Court allows them and they will not be deposed and as to Eugenio Gonzalez, which defendant's object strenously,




```
CIVIL 97-2140 (JAG)
PAGE 2
OCTOBER 12, 2001
```

the Court allows him and the deposition will be taken but the same is to be held in San Juan.

Both parties will be filing motions in limine and the Court grants then until next Tuesday, October 16, 2001 at 12:00 noon to it simultaneously.

A further pretrial conference is set for Friday, October 19, 2001 at 3:00 PM.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy