IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al.,

    Plaintiffs,

v.

    CIV. NO. 97-2140 (JAG)

HON. FRANCISCO JAVIER
RIVERA-TORO and MUNICIPALITY OF
HORMIGUEROS,
    Defendants.

## JUDGMENT

This action came on for trial before the Court and a jury, and the issues having been duly tried and the jury having rendered its verdict,

It is Ordered and Adjudged:

Pursuant to the Jury's answer to Questions 1(a) and 1(b) of the Special Interrogatories, defendants Francisco Javier Rivera Toro and/or the Municipality of Hormigueros discriminated against the plaintiffs due to plaintiffs' political activism.

Pursuant to the Jury's answer to Question 1(c) of the Special Interrogatories, which asked it to specify which of the defendants is liable to each plaintiff for political discrimination, both defendants are liable to the following plaintiffs:

    Jose Rodriguez Santiago (Papote)
    Alida Hermida-Mass
    Santiago Montalvo-Ramos (Chago)
    Myriam Irizarry-Bobe
    Blas M. Mora-Velez
    Josefa Velez-Olivencia
    Alida Arizmendi-Corales
    Ivette Velez-Laracuente
    Ramon Napoleoni-Mendret (Pincito)
    Paul Torres-Benitez

Furthermore, pursuant to the Jury's answer to Question 1(c) of the Special Interrogatories defendant Municipality of Hormigueros is liable to the following plaintiffs:





    Marilyn Jusino Freyre
    Juan Gonzalez Muniz
    Ramon Quinones-Juarbe
    Pedro J. Rodriguez-Cruz
    Hector Quijano-Aviles

Pursuant to the Jury's answer to Question 2(a) of the Special Interrogatories, when Rivera Toro authorized the personnel actions affecting the plaintiffs, he knew or should have known that these actions were politically discriminatory.

Pursuant to the Jury's answer to Question 2(b) of the Special Interrogatories, Rivera Toro knew or should have known that the personnel actions were discriminatory as to the following plaintiffs:

    Jose Rodriguez Santiago (Papote)
    Alida Hermida-Mass
    Santiago Montalvo-Ramos (Chago)
    Myriam Irizarry-Bobe
    Blas M. Mora-Velez
    Josefa Velez-Olivencia
    Alida Arizmendi-Corales
    Ivette Velez-Laracuente
    Ramon Napoleoni-Mendret (Pincito)
    Paul Torres-Benitez

Pursuant to the Jury's answer to Questions 3(a) and 3(b) of the Special Interrogatories, both Rivera Toro and the Municipality of Hormigueros are liable to the following plaintiffs for violating their property interest rights:

    Alida Hermida-Mass
    Paul Torres Benitez
    Ramon Napoleoni-Mendret (Pincito)

Pursuant to the Jury's answer to Question 4(a), Rivera Toro and/or the Municipality of Hormigueros are liable to the following plaintiffs for unlawfully reducing their salaries for politically discriminatory reasons:

    Santiago Montalvo-Ramos (Chago)
    Marilyn Jusino-Freyre
    Ramon Quinones-Juarbe

Pursuant to the Jury's answer to Question 4(b) of the Special Interrogatories, which asked it to specify which of the defendants was liable for unlawfully reducing the salaries of plaintiffs Santiago Montalvo-Ramos (Chago), Marilyn Jusino-Freyre, and Ramon Quinones-Juarbe for politically discriminatory reasons, both defendants are liable to Santiago Montalvo-Ramos (Chago),

and only the Municipality of Hormigueros is liable to Marilyn Jusino-Freyre and Ramon Quinones-Juarbe.

Pursuant to the Jury's answer to Questions 5(a) and 5(b) of the Special Interrogatories, defendants Rivera Toro and/or the Municipality of Hormigueros are liable to all plaintiffs for a tort violation.

Pursuant to the Jury's answer to Question 5(c), which asked it to specify which of the defendants was liable to the plaintiffs for a tort violation, both defendants are liable to the following plaintiffs:

>   Jose Rodriguez Santiago (Papote)
>   Alida Hermida-Mass
>   Santiago Montalvo-Ramos (Chago)
>   Myriam Irizarry-Bobe
>   Blas M. Mora-Velez
>   Josefa Velez-Olivencia
>   Alida Arizmendi-Corales
>   Ivette Velez-Laracuente
>   Ramon Napoleoni-Mendret (Pincito)
>   Paul Torres-Benitez

Furthermore, pursuant to the Jury's answer to Question 5(c), only the Municipality of Hormigueros is liable for a tort violation with respect to the following plaintiffs:

>   Marilyn Jusino Freyre
>   Juan Gonzalez Muniz
>   Ramon Quinones-Juarbe
>   Pedro J. Rodriguez-Cruz
>   Hector Quijano-Aviles

Pursuant to the Jury's answer to Question 6 of the Special Interrogatories, defendants shall compensate the following plaintiffs for their physical, mental and/or emotional damages:

| Plaintiff | Amount |
|---|---|
| Jose Rodriguez Santiago (Papote) | $400,000 |
| Alida Hermida-Mass | $900,000 |
| Santiago Montalvo-Ramos (Chago) | $700,000 |
| Myriam Irizarry-Bobe | $400,000 |
| Blas M. Mora-Velez | $820,000 |
| Josefa Velez-Olivencia | $700,000 |
| Alida Arizmendi-Corales | $420,000 |
| Ivette Velez-Laracuente | $700,000 |
| Ramon Napoleoni-Mendret (Pincito) | $700,000 |
| Paul Torres-Benitez | $768,000 |

Accordingly, the Court orders defendants to compensate the aforementioned plaintiffs in the amounts indicated above.

Furthermore, pursuant to the Jury's answer to Question 6 of the Special Interrogatories, defendant Municipality of Hormigueros shall compensate the following plaintiffs for their physical, mental and/or emotional damages:

| | |
|---|---|
| Marilyn Jusino Freyre | $300,000 |
| Juan Gonzalez Muniz | $500,000 |
| Ramon Quinones-Juarbe | $500,000 |
| Pedro J. Rodriguez-Cruz | $360,000 |
| Hector Quijano-Aviles | $496,000 |

Accordingly, the Court orders defendant Municipality of Hormigueros to compensate the aforementioned plaintiffs in the amounts indicated above.

Pursuant to the Jury's answer to Questions 7(a) and 7(b) of the Special Interrogatories, defendant Rivera Toro shall pay punitive damages to the plaintiffs listed below, in the following amounts:

| | |
|---|---|
| Jose Rodriguez-Santiago (Papote) | $100,000 |
| Alida Hermida-Mass | $100,000 |
| Santiago Montalvo-Ramos (Chago) | $10,000 |
| Myriam Irizarry-Bobe | $10,000 |
| Blas M. Mora-Velez | $10,000 |
| Josefa Velez-Olivencia | $10,000 |
| Alida Arizmendi-Corales | $10,000 |
| Ivette Velez-Laracuente | $10,000 |
| Ramon Napoleoni-Mendret (Pincito) | $100,000 |
| Paul Torres-Benitez | $100,000 |

Accordingly, the Court orders Rivera Toro to compensate the aforementioned plaintiffs in the amounts indicated above.

Costs are awarded to Plaintiffs.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of November, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge