# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

    **Plaintiff(s)**

    v.                   **CIVIL NUMBER:** 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/20/01<br>**Title:** Motion Requesting Extension of Time to Oppose Motions for Judgment Notwithstanding Verdict and Under Rule 59 for Remittitur<br>**Dockets:** 147<br>[ x ] Plffs  [ ] Defts  [ ] Other | **GRANTED.** |

**Date:** January 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


