UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.                                                CIVIL NO.   97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/27/02<br>**Title:** Motion Requesting Leave to File Spanish Language Document and Time to Obtain Partial Certified Translation<br>**Dockets:** 155 | **GRANTED.** |
| **Title:** Motion Requesting Leave to File Late Reply<br>**Dockets:** 154 | **GRANTED.** Plaintiffs' reply shall be filed. |

[ x ] Plffs    [ ] Defts    [ ] Other

Date: March 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge