# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.                                                         CIVIL NO.   97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/13/02<br>**Title:** Motion to Withdraw and Request for Extension of Time<br>**Dockets:** 160<br><br>[ ] Plffs   [X] Defts   [ ] Other | **GRANTED.** Withdrawing counsel should have identified the parties she represented. The Justice Department has 10 days to assign counsel. Meanwhile, Salvador J. Antonetti-Stutts, as Director of the Federal Litigation Division, shall be held accountable for the legal representation of withdrawing counsel. |

Date:  May 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

