UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.                                    CIVIL NO.   97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 05/23/02<br>Title: Motion Informing Annual Leave<br>Dockets: 161<br><br>[ ] Plffs   [X] Defts   [ ] Other | NOTED. Counsel must make arrangements for other counsel from the Justice Department to be present if proceedings are held during his absence. |

Date: June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

