Case 3:97-cv-02140-JAG    Document 182    Filed 07/02/2002    Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

    **Plaintiff(s)**

    v.

HON. FRANCISCO JAVIER RIVERA, et al

    **Defendant(s)**

CIVIL NO.   97-2140 (JAG)

*RECEIVED AND FILED 2002 JUL -2 AM 9:35 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/20/02<br>**Title:** Motion Regarding Notification to Attorneys of Record<br>**Dockets:** 181 | **GRANTED.** |

[ ] Plffs    [X] Defts    [ ] Other

Date:   June 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

