UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*U.S. CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, PR.*
*2002 SEP 12 AM 10: 33*
*RECEIVED AND FILED*

ARIZMENDI-CORALES, ET AL

    **Plaintiff(s)**

    v.

HON. FRANCISCO JAVIER RIVERA,
et al

    **Defendant(s)**

CIVIL NO.   97-2140 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/28/02<br>**Title:** Motion to Compel Discovery<br>**Dockets:** 185 | **DENIED** without prejudice pending resolution of the post-trial motions presently before the Court. |
| [ X ] **Plffs**  [ ] **Defts**  [ ] **Other** | |

Date: September 10, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


