

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARIZMENDI-CORALES, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/2/02<br>**Title:** Motion to Withdraw<br>**Dockets**: 189<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | GRANTED. |

Date: October 10. 2002               JAY A. GARCIA-GREGORY
                                      U.S. District Judge



