## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI-CORALES, et al

    **Plaintiff(s)**

       **v.**                    **CIVIL NO.** 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA,
et al

    **Defendant(s)**

### ORDER

    Docket No. 183 is **denied** without prejudice.

    An Opinion and Order on all pending post-trial motions will issue shortly.

    IT IS SO ORDERED.

    San Juan, Puerto Rico, this 7th day of April, 2003.

                    JAY A. GARCIA-GREGORY
                    U.S. District Judge

