## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI-CORALES, et al

    **Plaintiffs**

    v.                                CIVIL NO. 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA, et al

    **Defendants**

### SETTLEMENT CONFERENCE REPORT

The Court met with counsel and the parties for a settlement conference. After several rounds of negotiation, both parties have agreed to settle the case. The parties shall draw a settlement agreement and file a joint motion for voluntary dismissal within 10 days from the date of this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of June, 2003.

                                              _____
                                              JAY A. GARCIA-GREGORY
                                              U.S. District Judge

