# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ALIDA ARIZMENDI CORALES, et al
    **Plaintiff(s)**

v.            CIVIL NO.   97-2140

HON. FRANCISCO JAVIER RIVERA-TORO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/12/03<br>**Title:** Motion Requesting Court Review of Taxation of Costs<br>**Docket(s):** 193 | **GRANTED** in the amount of $8,078.20, as requested. |
| X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | |

Date:  July 3, 2003.

JAY A. GARCIA-GREGORY
U.S. District Judge

