IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al
    **Plaintiff(s)**

v.                                        CIVIL NO. 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA-TORO, et al
    **Defendant(s)**

---

**ORDER**

Upon the review of the settlement agreement (Docket No. 198), this Court hereby vacates the judgment entered on November 29, 2001 (Docket No. 143). The *Joint Motion to Submit Settlement Agreement and Voluntary Dismissal* (Docket No. 197) is hereby GRANTED. A new judgment shall issue accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of July 2003.

_____
JAY A. GARCIA-GREGORY
United States District Judge