

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al
    **Plaintiff(s)**

v.                                       CIVIL NO. 97-2140 (JAG)

HON. FRANCISCO JAVIER RIVERA-TORO, et al
    **Defendant(s)**

---

### JUDGMENT

Pursuant to the Order issued today, the Court hereby enters judgment in accordance with the terms of the settlement agreement entered into by parties and submitted to this Court (Docket No. 198). This case is hereby dismissed with prejudice.

This case is now closed for all statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of July 2003.

                                          JAY A. GARCIA-GREGORY
                                          United States District Judge

