UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALIDA ARIZMENDI CORALES, et al
    Plaintiff(s)

v.                                    CIVIL NO.   97-2140 (JAG)

HON. FRANCISCO RIVERA-TORO and
MUNICIPALITY OF HORMIGUEROS
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/15/03<br>**Title:** Motion to Withdraw Funds<br>**Docket(s):** 202<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | **GRANTED.**<br>The Clerk shall disburse the payments in satisfaction of the Settlement Agreement, plus any interest earned to be distributed proportionally among the payees. |

Date: October 22, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge